James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:   510.644.2555
Facsimile:    510.841.8645
lcummings@dredf.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al., <br><br> Defendants. | Case No. C-05-4077 MMC <br><br> **STIPULATION VACATING HEARING DATE** <br><br><br><br><br><br> Honorable Maxine M. Chesney |

1  WHEREAS the parties to the above-captioned action ("Action") have agreed to participate in voluntary mediation in a good faith effort to achieve an informal resolution of the Action; and

WHEREAS Defendants have requested that the hearing of Plaintiffs' motion for preliminary injunction, originally noticed for December 9, 2005, be vacated so that Defendants will not be placed in the position of having to prepare and file opposition papers before the mediation or, in the event the mediation is unsuccessful, to accommodate previously scheduled vacations of Defendants' counsel; and

WHEREAS Plaintiffs have consented to Defendants' request in the interest of maximizing the possibility of an informal settlement of this dispute and as a professional courtesy to Defendants' counsel:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their respective undersigned counsel, as follows:

1. Defendants hereby agree that they will not assert the delay of the hearing pursuant hereto in any way as a ground for opposition to Plaintiffs' motion for preliminary injunction.

2. The hearing on plaintiffs' Motion for Preliminary Injunction, currently set for December 9, 2005, may be VACATED and a new hearing date may be set for Friday January 27, 2006 or as soon thereafter as the matter can be heard.

DATED: November 21, 2005

REED SMITH LLP

By _____/s/_____
James M. Wood
Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

DATED:  November 21, 2005

CALIFORNIA STATE DEPARTMENT OF EDUCATION

By  /s/
   Allan H. Keown
   Gabriel C. Vivas
   Marsha A. Bedwell
   Michael E. Hersher
   Defendants Jack O'Connell and California Department of Education, the Board of Education, and its members

DATED:  November 21, 2005

EDRINGTON, SHIRMER & MURPHY

By  /s/
   Peter P. Edrington
   James Marzan
   Attorneys for Defendants Douglas Gephart, Fremont Unified School District, Board of Trustees for the Fremont Unified School District and its members

DATED:  November 21, 2005

STUBBS & LEONE

By  /s/
   Louis A. Leone, Esq.
   Attorneys for Defendants San Ramon Valley Unified School District and Robert Kesslar, Board of Trustees of San Ramon Valley Unified School District and its members

**Concurrence in the filing of this document has been obtained from each signatory.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to Stipulation of the parties, it is the order of the Court that the hearing of Plaintiffs' Motion for Preliminary Injunction, currently set for December 9, 2005, be VACATED, and that the matter be heard on January 27, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: November 28, 2005.

By /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
Judge of the United States District Court