James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA  94710
Telephone:    510.644.2555
Facsimile:    510.841.8645
lcummings@dredf.org

Attorneys for  Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al.,<br><br>                Plaintiffs,<br><br>       vs.<br><br>**JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al.,<br><br>                Defendants. | Case No. C-05-4077 MMC<br><br>**STIPULATION VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURE DEADLINE AND PRELIMINARY INJUNCTION HEARING DATE AND [PROPOSED] ORDER**<br><br><br><br>Honorable Maxine M. Chesney |

WHEREAS the parties in this action ("Action") have and continue to participate in voluntary mediation in a good faith effort to achieve an informal resolution of the Action with the Honorable Coleman Fannin (retired) serving as the mediator;

WHEREAS the parties assert that such mediation and continuing discussions have and continue to be productive;

WHEREAS Plaintiffs have requested, and Defendants have agreed, that the case management conference set for January 20, 2006, be continued by stipulation to March 3, 2006, and that the Initial Disclosure and other deadlines set by the Court's Order dated October 18, 2005 likewise be continued so that the parties can continue to negotiate a resolution of this matter in good faith without the need to prepare a case management statement, rule 26(f) report and/or initial disclosures or to participate in a case management conference;

WHEREAS the parties agree that submission of a Joint ADR Certification in this matter is not warranted given the fact that the parties have already participated in one day of mediation and have agreed to a second day of mediation;

WHEREAS Defendants have requested that the hearing of Plaintiffs' motion for preliminary injunction, originally noticed for December 9, 2005 and continued by stipulation to January 27, 2006, be vacated so that Defendants will not be placed in the position of having to prepare and file opposition papers before the continuation of mediation or; and

WHEREAS Plaintiffs have consented to Defendants' request in the interest of maximizing the possibility of an informal settlement of this dispute with the assistance of Judge Fannin and as a professional courtesy to Defendants' counsel:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Action, by and through their respective undersigned counsel, as follows:

1. Defendants hereby agree that they will not assert the delay of the hearing pursuant hereto in any way as a ground for opposition to Plaintiffs' motion for preliminary injunction.

2. The parties agree that Defendants need not file a responsive pleading at this time and will do so within 15 days after written notice by plaintiffs.

3. The hearing on plaintiffs' Motion for Preliminary Injunction currently set for January 27, 2006, may be VACATED and a new hearing date may be set for Friday March 3, 2006 or as soon thereafter as the matter can be heard.

4. The Court's Order of February 18, 2005, be amended to provide that the case management conference be continued to March 3, 2006, or as soon thereafter as the conference may be held, and that the last day to complete initial disclosures or state an objection in Rule 26(f) Report, to file and serve a Case Management Statement, and to file and serve a Rule 26(f) Report be continued until February 24, 2006.

5. That the requirement that the parties submit a Joint ADR Certification to the Court, as set forth in the Court's Order dated October 18, 2005 be VACATED on the ground that mediation is ongoing.

DATED: January 4, 2006

                REED SMITH LLP

                By            /s/
                   James M. Wood
                   Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  DATED: January 4, 2006

2  CALIFORNIA STATE DEPARTMENT OF EDUCATION

3

4  By      /s/
    Allan H. Keown
5      Gabriel C. Vivas
    Marsha A. Bedwell
6      Michael E. Hersher
    Defendants Jack O'Connell and California
7      Department of Education, the Board of Education,
    and its members
8

9  DATED: January 4, 2006

10  EDRINGTON, SHIRMER & MURPHY

11

12  By      /s/
    Peter P. Edrington
13      James Marzan
    Attorneys for Defendants Douglas Gephart,
14      Fremont Unified School District, Board of Trustees
    for the Fremont Unified School District and its
15      members

16  DATED: January 4, 2006

17  STUBBS & LEONE

18  By      /s/
    Louis A. Leone, Esq.
19      Attorneys for Defendants San Ramon Valley
    Unified School District and Robert Kesslar, Board
20      of Trustees of San Ramon Valley Unified School
    District and its members
21

22  **Concurrence in the filing of this document has been obtained from each signatory.**

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

– 3 –

**ORDER**

Pursuant to Stipulation of the parties, it is the order of the Court that:

(1) The hearing of Plaintiffs' Motion for Preliminary Injunction, currently set for January 27, 2006, be VACATED, and that the matter be heard on ___March 3, 2006___ at 9:00 a.m.

(2) The Initial Case Management Conference, currently set for January 20, 2006, be VACATED, and that the conference be held on ___March 3, 2006___ at 9:00 a.m.

(3) The deadlines set forth in the Court's October 18, 2005 Order Setting Initial Case Management Conference relating to (i) the last day to complete initial disclosures or state an objection in Rule 26(f) Report, (ii) the last day to file and serve the parties' Case Management Statement, and (iii) the parties' last day to file and serve their Rule 26(f) Report, be VACATED and that such deadlines be continued until ___February 24___, 2006.

(4) The parties be relieved of any obligation to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference in light of their ongoing mediation efforts.

**IT IS SO ORDERED.**

DATED: ___January 5___, 2006.

By ___/s/ Maxine M. Chesney___
Hon. Maxine M. Chesney
Judge of the United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware