James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:   510.644.2555
Facsimile:   510.841.8645
lcummings@dredf.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>**JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al.,<br><br>　　　　　　　Defendants. | Case No. C-05-4077 MMC<br><br>**STIPULATION VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING DATE**<br><br><br>Honorable Maxine M. Chesney |

WHEREAS the parties in this action ("Action") have and continue to participate in voluntary mediation in a good faith effort to achieve an informal resolution of the Action with the Honorable Coleman Fannin (retired) serving as the mediator; and

WHEREAS Defendants have requested that the case management conference set to March 3, 2006, be continued for 30 days by stipulation to April 7, 2006, as well as the initial disclosures required by the order of this court be vacated so that Defendants can continue to negotiate a resolution of this matter without the need for a hearing; and

WHEREAS Defendants have requested that the hearing of Plaintiffs' motion for preliminary injunction, originally noticed for December 9, 2005 and continued by stipulation first to January 27, 2006, then to March 3, 2006, be vacated so that Defendants will not be placed in the position of having to prepare and file opposition papers before the mediation or, in the event the mediation is unsuccessful, to accommodate previously scheduled vacations of Defendants' counsel; and

WHEREAS Plaintiffs have consented to Defendants' request in the interest of maximizing the possibility of an informal settlement of this dispute with the assistance of Judge Coleman Fannin and as a professional courtesy to Defendants' counsel:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their respective undersigned counsel, as follows:

1.   Defendants hereby agree that they will not assert the delay of the hearing pursuant hereto in any way as a ground for opposition to Plaintiffs' motion for preliminary injunction.

2.   The hearing on plaintiffs' Motion for Preliminary Injunction currently set for March 3, 2006, may be VACATED and a new hearing date may be set for Friday, April 7, 2006 or as soon thereafter as the matter can be heard.

3.   The court's order of January 9, 2006, be amended to provide that the case management conference be continued to March 7, 2006

DATED: February 15, 2006

REED SMITH LLP

By _____/s/ (for)_____
   James M. Wood
   Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

DATED: November 21, 2005

CALIFORNIA STATE DEPARTMENT OF
EDUCATION

By_____/s/_____
   Allan H. Keown
   Gabriel C. Vivas
   Marsha A. Bedwell
   Michael E. Hersher
   Defendants Jack O'Connell and California
   Department of Education, the Board of Education,
   and its members

DATED: November 21, 2005

EDRINGTON, SHIRMER & MURPHY

By_____/s/_____
   Peter P. Edrington
   James Marzan
   Attorneys for Defendants Douglas Gephart,
   Fremont Unified School District, Board of Trustees
   for the Fremont Unified School District and its
   members

DATED: November 21, 2005

REED SMITH LLP

By /s/
James M. Wood
Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

DATED: ~~November 21, 2005~~ February 14, 2006

CALIFORNIA STATE DEPARTMENT OF
EDUCATION

By [signature]
Allan H. Keown
Gabriel C. Vivas
Marsha A. Bedwell
Michael E. Hersher
Defendants Jack O'Connell and California
Department of Education, the Board of Education,
and its members

DATED: November 21, 2005

EDRINGTON, SHIRMER & MURPHY

By /s/
Peter P. Edrington
James Marzan
Attorneys for Defendants Douglas Gephart,
Fremont Unified School District, Board of Trustees
for the Fremont Unified School District and its
members

- 2 -
STIPULATION VACATING HEARING DATE
(Case No. C-05-4077 MMC)

TOTAL P.02

DATED: November 21, 2005

REED SMITH LLP

By _____/s/_____
  James M. Wood
  Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

DATED: November 21, 2005

CALIFORNIA STATE DEPARTMENT OF
EDUCATION

By _____/s/_____
  Allan H. Keown
  Gabriel C. Vivas
  Marsha A. Bedwell
  Michael E. Hersher
  Defendants Jack O'Connell and California
  Department of Education, the Board of Education,
  and its members

DATED: ~~November 21, 2005~~ February 15, 2006

EDRINGTON, SHIRMER & MURPHY

By _____/s/_____
  Peter P. Edrington
  James Marzan
  Attorneys for Defendants Douglas Gephart,
  Fremont Unified School District, Board of Trustees
  for the Fremont Unified School District and its
  members

DATED: ~~November 21, 2005~~ February 13, 2006.

STUBBS & LEONE

By /s/
Louis A. Leone, Esq.
Attorneys for Defendants San Ramon Valley
Unified School District and Robert Kesslar, Board
of Trustees of San Ramon Valley Unified School
District and its members

**Concurrence in the filing of this document has been obtained from each signatory.**

### ORDER

Pursuant to Stipulation of the parties, it is the order of the Court that the hearing of Plaintiffs' Motion for Preliminary Injunction, currently set for ~~December 9, 2005~~ March 3, 2006, be VACATED, and that the matter be heard on _____ at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2006.

By_____
Hon. Maxine M. Chesney

Judge of the United States District Court

-- 3 --

STIPULATION VACATING HEARING DATE

DOCSOAK-9807416.1-JMWOOD 2/13/06 4:00 PM

(Case No. C-05-4077 MMC)

DATED: November 21, 2005

                                        STUBBS & LEONE

                                        By_____/s/_____
                                               Louis A. Leone, Esq.
                                               Attorneys for Defendants San Ramon Valley Unified School District and Robert Kesslar, Board of Trustees of San Ramon Valley Unified School District and its members

**Concurrence in the filing of this document has been obtained from each signatory.**

### ORDER

Pursuant to Stipulation of the parties, it is the order of the Court that the hearing of Plaintiffs' Motion for Preliminary Injunction, currently set for March 3, 2006, be VACATED, and that the matter be heard on __April 7, 2006_____ at 9:00 a.m. The case management conference currently scheduled for March 3, 2006 is hereby CONTINUED to April 7, 2006 at 9:00 a.m. The parties shall file a joint case management statement no later than March 31, 2006.

**IT IS SO ORDERED.**

DATED: __February 15_____, 2006.

                                          By_/s/ Maxine M. Chesney_____
                                               Hon. Maxine M. Chesney
                                               Judge of the United States District Court