James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA  94710
Telephone:   510.644.2555
Facsimile:   510.841.8645
lcummings@dredf.org

Attorneys for  Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JACK O'CONNELL, in his official capacity as Superintendent of Public Schools For the State of California, et al.,<br><br>　　　　　　　　Defendants. | Case No. C-05-4077 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO TAKE OFF CALENDAR THEIR HEARING RE PRELIMINARY INJUNCTION, CURRENTLY SET FOR HEARING ON APRIL 7, 2006**<br><br>DATE:　　　　April 7, 2006<br>TIME:　　　　9:00 a.m.<br>COURTROOM:　7<br><br>Honorable Maxine M. Chesney |

At moving parties' request, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs request the Court ~~to~~ take off calendar ~~its current~~ that Motion for Preliminary Injunction currently set for hearing on April 7, 2006 is granted. [insertions: "that", "their"]

**IT IS FURTHER ORDERED** that this Order is granted without prejudice to plaintiffs to renew this motion, if circumstances warrant.

DATED: March 23, 2006.

By _/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney
Judge of the United States District Court

(Case No. C-05-4077 MMC)   — 1 —   DOCSOAK-9820374.1-JMWOOD

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO TAKE OFF CALENDAR THEIR HEARING RE PRELIMINARY INJUNCTION, CURRENTLY SET FOR HEARING ON APRIL 7, 2006