LOUIS A. LEONE, ESQ. (CSB #099874)
KATHERINE A. ALBERTS, ESQ. (CSB #212825)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,
BOARD OF TRUSTEES OF THE SAN RAMON VALLEY
UNIFIED SCHOOL DISTRICT, ROBERT KESSLER,
JOAN BUCHANAN, NANCY PETSUCH, BILL CLARKSON,
PAUL GARDNER and GREG MARVEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guarding A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, K.F., by and through Sheree F., her guardian, each one individually and on behalf of all other similarly situated children, and the AMERICAN DIABETES ASSOCIATION, an organization,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.<br><br>　　　　　Defendants. | Case No.:  C05 4077 MMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT TO RESPOND TO COMPLAINT**<br><br>**Honorable Maxine M. Chesney** |

　　　WHEREAS the parties in this action ("Action") have and continue to participate in voluntary mediation in a good faith effort to achieve an informal resolution of the Action;

　　　WHEREAS the Plaintiffs originally agreed to stay defendants San Ramon Valley Unified School District, Board of Trustees of San Ramon Valley Unified School District, Robert Kessler, Joan Buchanan, Nancy Petsuch, Bill Clarkson, Paul Gardner and Greg

1  Marvel's (collectively "District") obligation to respond to the Complaint in this Action in
2  an effort facilitate mediation and settlement;
3     WHEREAS on March 16, 2006, Plaintiffs notified the District that the stay was
4  lifted and the District had 15 days to file a responsive pleading;
5     WHEREAS on March 31, 2006 in light of renewed settlement negotiations, the
6  parties agreed to extend the time for the District to file its responsive pleading to April
7  21, 2006;
8     WHEREAS settlement negotiations are still ongoing and will not come to a
9  conclusion by April 21, 2006, and the parties have agreed to again extend the time for
10 the District to file its responsive pleading in the interest of maximizing the possibility of
11 an informal settlement of this dispute;
12    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
13 between Plaintiffs and the District, by and through their respective undersigned counsel,
14 that the District will have until May 19, 2006 to file their responsive pleading to the
15 Complaint.
16 DATED: April __18__, 2006

REED SMITH LLP

By _____
James M. Wood
Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

26  /////
27  /////
28  /////

Dated: April 20, 2006

STUBBS & LEONE

LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
Attorney for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, BOARD OF TRUSTEES OF THE SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, ROBERT KESSLER, JOAN BUCHANAN, NANCY PETSUCH, BILL CLARKSON, PAUL GARDNER and GREG MARVEL

Dated: April 21, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

3