LOUIS A. LEONE, ESQ. (CSB #099874)
KATHERINE A. ALBERTS, ESQ. (CSB #212825)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,
BOARD OF TRUSTEES OF THE SAN RAMON VALLEY
UNIFIED SCHOOL DISTRICT, ROBERT KESSLER,
JOAN BUCHANAN, NANCY PETSUCH, BILL CLARKSON,
PAUL GARDNER and GREG MARVEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guarding A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, K.F., by and through Sheree F., her guardian, each one individually and on behalf of all other similarly situated children, and the AMERICAN DIABETES ASSOCIATION, an organization,<br><br>           Plaintiffs,<br><br>    vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.<br><br>           Defendants. | Case No.:  C05 4077 MMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT TO RESPOND TO COMPLAINT** ; ORDER THEREON<br><br>**Honorable Maxine M. Chesney** |

WHEREAS the parties in this action ("Action") have and continue to participate in voluntary mediation in a good faith effort to achieve an informal resolution of the Action;

WHEREAS the Plaintiffs originally agreed to stay defendants San Ramon Valley Unified School District, Board of Trustees of San Ramon Valley Unified School District, Robert Kessler, Joan Buchanan, Nancy Petsuch, Bill Clarkson, Paul Gardner and Greg Marvel's (collectively "District") obligation to respond to the Complaint in this Action in an effort facilitate mediation and settlement;

WHEREAS on March 16, 2006, Plaintiffs notified the District that the stay was lifted and the District had 15 days to file a responsive pleading;

WHEREAS on March 31, 2006 in light of renewed settlement negotiations, the parties agreed to extend the time for the District to file its responsive pleading to April 21, 2006, and then to May 19, 2006 and then to June 16, 2006;

WHEREAS settlement negotiations are still ongoing and will not come to a conclusion by June 16, 2006, and the parties have agreed to again extend the time for the District to file its responsive pleading in the interest of maximizing the possibility of an informal settlement of this dispute;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the District, by and through their respective undersigned counsel, that the District will have until July 21, 2006 to file their responsive pleading to the Complaint.

DATED:  June 15, 2006         **REED SMITH LLP**

By: /s/ James M. Wood (with express authority)
    James M. Wood
    Attorneys for Plaintiffs
and
**DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.**
    Arlene Mayerson
    Larisa Cummings
    Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: June 15, 2006 | **STUBBS & LEONE** |
| 2 | | By: /s/ Katherine A. Alberts |
| 3 | | KATHERINE A. ALBERTS, ESQ. |
| 4 | | Attorney for Defendants |
| | | SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, BOARD OF TRUSTEES OF THE SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, ROBERT KESSLER, JOAN BUCHANAN, NANCY PETSUCH, BILL CLARKSON, PAUL GARDNER and GREG MARVEL |

Dated: June 15, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maxine M. Chesney]*