James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     510.763.2000
Facsimile:     510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA  94710
Telephone:     510.644.2555
Facsimile:     510.841.8645
lcummings@dredf.org

Attorneys for  Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al., <br><br> Defendants. | Case No. C-05-4077 MMC <br><br> ~~[PROPOSED]~~ **ORDER RE STIPULATION EXTENDING DEADLINES** <br><br> **Honorable Maxine M. Chesney** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1          Pursuant to Stipulation of the parties,

2

3          IT IS ORDERED that Plaintiff may have up to and including November 1, 2006 to

4   name any additional plaintiffs to this lawsuit.

5

6          IT IS FURTHER ORDERED that motions of dismissal by defendants San Ramon

7   and State of California  are due by November 29, 2006; and

8

9          IT IS FURTHER ORDERED that a hearing on Fremont defendants' motion to

10  dismiss is set for December 8, 2006 at 09:00 AM.

11

12      DATED: ___August 14_____, 2006

13

14  _____
    Honorable Maxine M. Chesney
15  Judge of the United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

– 1 –

**[PROPOSED] ORDER RE STIPULATION EXTENDING DEADLINES**    **(Case No. C-05-4077 MMC)**