James M. Wood (SBN 58679)  
Kenneth J. Philpot (SBN 62401)  
Reed Smith LLP  
1999 Harrison Street, Ste. 2400  
Oakland, CA  94612-3572  
510-763-2000  

Dated: February 23, 2007

IT IS SO ORDERED  
/s/ Maxine M. Chesney  
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

K.C., by and through Erica C., her guardian, et al.

CASE NUMBER: C-05-4077 MMC

Plaintiff(s)

v.

JACK O'CONNELL, in his official capacity as Superintendent of Public Schools For the State of California, et al.

Defendant(s)

**NOTICE OF DISMISSAL BY PLAINTIFF**  
Rule 41(a)(1) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

[ ]  The above-entitled action is

or

[X]  Defendant(s) Ruth E. Green, Glee Johnson, Alan Bersin, Ruth Bloom, Yvonne Chan, Donald G. Fisher, Kenneth Noonan, Joe Nunez, Bonnie Reiss and Jonathan Williams, each in his or her official capacity as a member of the State Board of Education of the State of California

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 21, 2007

/s/  
Plaintiff / Attorney for Plaintiff  
Kenneth J. Philpot

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE  
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION  
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

---

NOTICE OF DISMISSAL BY PLAINTIFF  
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9