James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:    510.644.2555
Facsimile:    510.841.8645
lcummings@dredf.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JACK O'CONNELL, in his official capacity as Superintendent of Public Schools For the State of California, et al.,<br><br>Defendants. | Case No. C-05-4077 MMC<br><br>[PROPOSED] ORDER RE STIPULATION EXTENDING DEADLINE<br><br>Honorable Maxine M. Chesney |

In light of the Stipulation of the parties, and good cause appearing therefor:

IT IS ORDERED that any motion of dismissal by defendant California Department of Education shall be filed on or before April 15, 2007.

DATED: February 23, 2007

Honorable Maxine M. Chesney
Judge of the United States District Court