James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:    510.644.2555
Facsimile:    510.841.8645
lcummings@dredf.org

Attorneys for Plaintiffs

Dated: February 26, 2007



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al., <br><br>                    Plaintiffs, <br><br>     vs. <br><br> **JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al., <br><br>                    Defendants. | Case No. C-05-4077 MMC <br><br> **STIPULATION EXTENDING DEADLINE FOR DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT TO FILE A MOTION TO DISMISS** <br><br> **Honorable Maxine M. Chesney** |

1  WHEREAS the plaintiffs and defendants SAN RAMON VALLEY UNIFIED SCHOOL
2  DISTRICT and ROBERT KESSLER, in his official capacity as Superintendent for San Ramon
3  Valley Unified School District, JOAN BUCHANAN, NANCY PETSUCH, BILL CLARKSON,
4  PAUL GARDNER and GREG MARVEL, each in his or her official capacity as a member of the
5  Board of Trustees of the San Ramon Valley Unified School District, and THE BOARD OF
6  TRUSTEES OF THE SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT (collectively, the
7  "DISTRICT") have advised that Court that they believe that have reached a settlement in principle
8  regarding the resolution of plaintiffs' claims in this action ("Action") as to these Defendants and

10 WHEREAS this Court has previously ordered that that a Motions of dismissal by defendant
11 DISTRICT is due by February 27, 2007; and

13 WHEREAS these parties believe that they will need an additional 45 days to finalize and
14 obtain the requisite approvals of their settlement;

16 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
17 plaintiffs and defendant DISTRICT, by and through their respective undersigned counsel, as follows:
18 Any motion of dismissal by defendant Defendant DISTRICT shall be due by April 15, 2007.

20 / / // / /
21 / / /

DATED: February 23, 2007

REED SMITH LLP

By_____/s/_____
   James M. Wood
   Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

DATED: February 23, 2007

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

By_____/s/_____
   Stubbs and Leone
   Louis A. Leone
   Katherine A. Alberts
   Attorneys for
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.

**Concurrence in the filing of this document has been obtained from each signatory.**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**STIPULATION EXTENDING DEADLINE**     **(Case No. C-05-4077 MMC)**