James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:   510.763.2000
Facsimile:    510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:   510.644.2555
Facsimile:    510.841.8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, K.F., by and through Shereé F., her guardian, each one individually and on behalf of all other similarly situated children, and the AMERICAN DIABETES ASSOCIATION, an organization,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, *et al.*<br><br>Defendants. | Case No. **C05 4077 MMC**<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Honorable Maxine M. Chesney** |

Plaintiffs, K.C., by and through Erica C., her guardian, A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, each one individually, and the American Diabetes Association, an organization, and defendants, SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, BOARD OF TRUSTEES OF THE SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, ROBERT KESSLER, JOAN BUCHANAN,

RACHEL HURD, BILL CLARKSON, PAUL GARDNER and GREG MARVEL (collectively "SRVUSD"), by and through respective counsel, hereby enter the following stipulation:

Having executed a full settlement in this matter, a true and correct copy of which is attached as Exhibit A, the claims against SRVUSD as stated in the Complaint, filed by Plaintiffs, are hereby dismissed with prejudice. Each party is to bear their own costs and attorneys' fees.

DATED: April 11, 2007  **REED SMITH LLP**

By /s/
JAMES M. WOOD
Attorneys for Plaintiffs

and

DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Arlene Mayerson
Larisa Cummings
Attorneys for Plaintiffs

Dated: April 5, 2007  **STUBBS & LEONE**

/s/
LOUIS A. LEONE
KATHERINE A. ALBERTS
Attorneys for Defendants
SAN RAMON VALLEY UNIFIED
SCHOOL DISTRICT, BOARD OF
TRUSTEES OF THE SAN RAMON
VALLEY UNIFIED SCHOOL DISTRICT,
ROBERT KESSLER, JOAN BUCHANAN,
NANCY PETSUCH, BILL CLARKSON,
PAUL GARDNER, and GREG MARVEL

IT IS SO ORDERED:

Dated: April 16, 2007

THE HONORABLE MAXINE M. CHESNEY