James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:  510.763.2000
Facsimile:   510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone:  510.644.2555
Facsimile:   510.841.8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, K.F., by and through Shereé F., her guardian, each one individually and on behalf of all other similarly situated children, and the AMERICAN DIABETES ASSOCIATION, an organization,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.<br>Defendants. | Case No. **C05 4077 MMC**<br><br>[Proposed] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Honorable Maxine M. Chesney** |

PURSUANT TO THE REQUEST FOR DISMISSAL FILED BY THE PARTIES, IT IS SO ORDERED THAT the claims against defendants FREMONT UNIFIED SCHOOL DISTRICT, BOARD OF TRUSTEES OF THE FREMONT UNIFIED SCHOOL DISTRICT, DOUGLAS GEPHART, PEGGY HERNDON, LARRY SWEENEY, NINA MOORE, GUY EMANUELE, and IVY WU as stated in the Complaint, filed by Plaintiffs, are

1 | hereby dismissed with prejudice. The court shall retain jurisdiction over any action or
2 | motion alleging breach of this agreement.
3 |
4 | DATED:    May 21             , 2007    BY THE COURT
5 |
6 |
7 |                              _____
                                 THE HONORABLE MAXINE M. CHESNEY

DOCSOAK-9873230.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware