James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:     510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA  94710
Telephone:    510.644.2555
Facsimile:     510.841.8645
lcummings@dredf.org

Attorneys for  Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.C.**, by and through Erica C., her guardian, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>**JACK O'CONNELL**, in his official capacity as Superintendent of Public Schools For the State of California, et al.,<br><br>　　　　　　　　Defendants. | Case No. C-05-4077 MMC<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND  HEARING DATE<br><br>Honorable Maxine M. Chesney |

– 1 –

# ORDER

Pursuant to Stipulation of the parties, it is the order of the Court that the Case Management Conference currently set for July 27, 2007, is hereby VACATED, and that the next Case Management Conference be set for August 24, 2007 at 10:30 a.m..

**IT IS SO ORDERED.**

DATED: July 23, 2007.

By 
Hon. Maxine M. Chesney
Judge of the United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING DATE
(Case No. C-05-4077 MMC)