James M. Wood (SBN 58679)
Kenneth J. Philpot (SBN 62401)
Michael F. McCabe (SBN 111151)
Kurtis J. Kearl (SBN 114977)
Jayne E. Fleming (SBN 209026)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: 510.763.2000
Facsimile: 510.273.8832

Arlene Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone: 510.644.2555
Facsimile: 510.841.8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, A.A., by and through Stacey A., her guardian, M.C., by and through Laurie C., her guardian, K.F., by and through Shereé F., her guardian, each one individually and on behalf of all other similarly situated children, and the AMERICAN DIABETES ASSOCIATION, an organization,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, *et al.*<br>Defendants. | Case No. **C05 4077 MMC**<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**HONORABLE MAXINE M. CHESNEY** |

PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES, THE TERMS OF WHICH ARE EXPRESSLY INCORPORATED HEREIN, IT IS SO ORDERED THAT the claims against defendants, JACK O'CONNELL, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF PUBLIC SCHOOLS FOR THE STATE OF CALIFORNIA; THE STATE BOARD OF EDUCATION OF THE STATE OF

1  CALIFORNIA; AND THE CALIFORNIA DEPARTMENT OF EDUCATION (collectively
2  "CDE"), are hereby dismissed with prejudice.
3
4  Dated: August 8, 2007                    BY THE COURT
5
                                            _____
6                                           THE HONORABLE MAXINE M. CHESNEY