AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
PAUL E. LACY, State Bar. No. 180140
Deputy General Counsel
AVA C. YAJIMA, State Bar No. 218008
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: 916-319-0860
Facsimile: 916)-319-0155
placy@cde.ca.gov
ayajima@cde.ca.gov
Attorneys for Defendants California Department of Education and Tom Torlakson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian et. al., <br><br> Plaintiff, <br><br> v. <br><br> Tom Torlakson, in his official capacity as Superintendent of Public Instruction For the State of California, et. al., <br><br> Defendants. | CASE NO. C-05-4077 (MCC) <br><br> STIPULATION TO RESCHEDULE BRIEFING SCHEDULE DATES ON MOTION FOR ATTORNEYS FEES <br> (Local Rule 6-2 (a).) |

Pursuant to Local Rule 6-2(a) of the Local Rules of the U.S. District Court for the Northern District of California, the parties to the above-captioned action request this Court to amend the briefing schedule as required by Local Rule 7-3(a).  A hearing for the motion on attorneys' fees is set to be heard before this Court on January 20, 2012.  The parties hereby stipulate to an amended briefing schedule as proposed below.  Defendants' opposition to Plaintiff's motion shall be filed on or before January 4, 2011.  The Plaintiff's reply to Defendants' opposition will be filed on or before January 11, 2012.

## RECITALS

1. On December 1, 2011, Plaintiff's filed an amended notice of motion for attorney's fees and expenses and proof of service. The Plaintiff's motion set the hearing date for January 20, 2012. (Dkt. 107.) According to 7-3(a) of the Local Rules of the U.S. District Court for the Northern District of California, Defendants' must serve and file any opposition to Plaintiff's motion not more than 14 days after the motion is served and filed.  In this case, Defendants' must file their opposition on or before December 15, 2011.  Pursuant to Local Rule 7-3(c), any reply to an opposition must be served and filed by the moving party not more than 7 days after the opposition is served and filed.  In this case, Plaintiff's must file their reply on or before December 21, 2011.

2. Prior to filing their reply brief, Defendants require additional time to review extensive invoices numbering over 200 pages in length. In addition, there are over 600 pages of documents to review which include numerous attachments and supplementary declarations. The parties have conferred and agreed to a proposed modification of the briefing schedule.

3. Therefore, the parties have stipulated that the Defendants' opposition brief is due on or before January 4, 2012. The parties have further stipulated that the Plaintiff's response to the Defendants' opposition is due to on or before January 11, 2012.

4. The parties agree that the hearing on the Plaintiff's motion should remain scheduled for January 20, 2012, and the parties request that the Court not alter this date. A proposed order is attached.

**STIPULATION**

Pursuant to Local Rule 6-2, the parties hereby stipulate that: the Defendants' opposition to Plaintiff's motion shall be filed on or before January 4, 2012. Plaintiff's reply to the opposition will be filed on or before January 11, 2012. The hearing on the motion for attorneys' fees will remain January 20, 2012.

Respectfully Submitted,

AMAY BISSON-HOLLOWAY
General Counsel
EDMUNDO AGUILAR
Assistant General Counsel

Dated: December 12, 2011                         /s/

PAUL E. LACY
AVA C. YAJIMA
Attorney for Defendants California
Department of Education and Tom Torlakson

Dated: December 12, 2011                         /s/

DONNA BRORBY
LARISA M. CUMMINGS
CHARLOTEE L. LANVERS
ARLENE B. MAYERSON
Attorneys for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing stipulation to amend the briefing schedule as set by Local Rule 7-3(a) to extend the time for Defendants' to file their opposition to Plaintiff's motion for attorneys' fees and Plaintiff's reply to Defendants' opposition. For good cause appearing, it is hereby ORDERED that:

1. The Defendants' opposition to Plaintiff's motion for attorneys' fees shall be filed on or before January 4, 2012.

2. The Plaintiff's reply to Defendants' opposition shall be filed on or before January 11, 2012.

3. A hearing on the Government Defendants' motion shall be conducted on January ~~20~~ 27, 2012, at 9 a.m.

IT IS SO ORDERED.

Dated: December 15, 2011.

_____
The Honorable Maxine M. Chesney
United States District Judge
Northern District of California