IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOM TORLAKSON, in his official capacity as Superintendent of Public Instruction for the State of California, et al.,<br><br>Defendants. | No. C 05-4077 MMC<br><br>**ORDER RE: PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL MATERIAL** |

Before the Court is plaintiffs' Motion to File Supplemental Material, filed February 8, 2012, by which plaintiffs seek leave to file a supplemental memorandum in support of their motion for attorneys' fees. Defendants have filed opposition, to which plaintiffs have replied. The Court, having read and considered the papers filed in support of and in opposition to the motion, deems the matter suitable for decision on the parties' respective written submissions, VACATES the hearing scheduled for March 16, 2012, and rules as follows.

The Court finds plaintiff has shown good cause for the relief requested, and, accordingly, plaintiffs' motion to file a supplemental memorandum is hereby GRANTED.

Plaintiffs shall file, no later than March 9, 2012, the revised supplemental memorandum attached as Exhibit A to plaintiffs' Reply in Support of Motion to File

Supplemental Material. No later than March 23, 2012, defendants shall file their responsive memorandum, not to exceed five pages in length, at which time, unless the Court finds a hearing is necessary, the matter will stand submitted.

**IT IS SO ORDERED.**

Dated: March 7, 2012

MAXINE M. CHESNEY
United States District Judge