Donna Brorby, Esq.; CA Bar # 75936
LAW OFFICE OF DONNA BRORBY
315 Hugo Street
San Francisco, CA 94122
Telephone: (415) 377-8285
Fax: (510) 841-8645
Email: lodb@earthlink.net

Arlene B. Mayerson, Esq.; CA Bar # 79310
Larisa M. Cummings, Esq.; CA Bar # 131076
DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: (510) 644-2555
Fax: (510) 841-8645
Email: amayerson@dredf.org
Email: lcummings@dredf.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Tom Torlakson, in his official capacity as Superintendent of Public Instruction For the State of California, et al., <br><br> Defendants. | Case No. C-05-4077 (MMC) <br><br> STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE <br><br> DATE: December 12, 2014 <br> TIME:   10:30 a.m. <br> COURTROOM: 7 <br> JUDGE:  MAXINE M. CHESNEY |

The Ninth Circuit reversed and remanded the underlying district court judgment on Plaintiffs' claim for attorneys' fees in this matter on August 11, 2014. Plaintiffs-appellants' unopposed motion, under Ninth Circuit Rule 39-1.8, to transfer consideration of their application for attorneys' fees on appeal to the district court was granted on September 8, 2014. At the suggestion of the Court's Calendar Clerk and Courtroom Deputy, counsel for the parties have selected a mutually convenient date for a case management conference, December 12, 2014 at 10:30 a.m. They will file the required joint case management conference statement by no later than December 5, 2014.

Respectfully Submitted,

Dated: October 28, 2014         */s/ Larisa M. Cummings*
ARLENE B. MAYERSON
LARISA M. CUMMINGS
DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Email: lcummings@dredf.org
Telephone: (510) 644-2555


DONNA BRORBY
LAW OFFICE OF DONNA BRORBY
315 Hugo Street
San Francisco, CA 94122
Email: lodb@earthlink.net
Telephone: (415) 377-8285

*Attorneys for Plaintiffs*


Dated: October 28, 2014         */s/ Paul E. Lacy*
PAUL E. LACY
Deputy General Counsel
AVA C. YAJIMA
Deputy General Counsel

Case No. C-05-4077 (MMC)
STIPULATION & [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE         2

1 | AMY BISSON-HOLLOWAY
2 | General Counsel
  | EDMUNDO AGUILAR
3 | Assistant General Counsel
  | TODD M. SMITH
4 | Assistant General Counsel
  | CALIFORNIA DEPARTMENT OF EDUCATION
5 | 1430 N Street, Room 5319
  | Sacramento, CA 95814
6 | Email: placy@cde.ca.gov
  | Telephone: (916) 319-0860
7 |
8 | *Attorneys for State Defendants*

[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE

In view of the parties' stipulation, and good cause appearing thereof, a case management conference is set for December 12, 2014, at 10:30 a.m. A joint case management conference statement shall be filed no later than December 5, 2014.

IT IS SO ORDERED.

Dated: __October 29, 2014__                                  _____

MAXINE M. CHESNEY
United States District Judge