1    AMY BISSON HOLLOWAY, SBN 163731
     General Counsel
2    EDMUNDO AGUILAR, SBN 136142
     Assistant General Counsel
3    TODD M. SMITH, SBN 170798
     Assistant General Counsel
4    PAUL E. LACY, SBN  180140
     Deputy General Counsel
5    AVA YAJIMA, SBN  218008
     Deputy General Counsel
6    California Department of Education
     1430 N Street, Suite 5319
7    Sacramento, California 95814
     Telephone: 916-319-0860
8    Facsimile:  916-319-0155
     Email: ayajima@cde.ca.gov
9    Attorneys for Defendant, California Department of Education

10   *(Defendant is Public Entity and Exempt from Filing Fees Pursuant to Gov. Code § 6103.)*

11                UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13   K.C., by and through Erica C., her guardian, et al., | )   Case No. C-05-4077 (MMC) |
| 14         Plaintiff(s), | )                DIRECTING ALL PARTIES <br> )   ~~[PROPOSED]~~ ORDER ^ ~~GRANTING~~ |
| 15         vs. | )   ~~CALIFORNIA DEPARTMENT OF~~ <br> )   ~~EDUCATION'S APPLICATION~~ TO |
| 16   Tom Torlakson, in his official capacity as | )   APPEAR BY TELEPHONE AT SCHEDULING <br> )   CONFERENCE |
| 17   Superintendent of Public Instruction for the State of <br>     California, et al., | ) <br> )   DATE: December 12, 2014 |
| 18         Defendant(s). | )   TIME: 10:30 a.m. <br> )   COURTROOM: 7 <br> )   JUDGE: MAXINE M. CHESNEY |
| 19 _____ | ) |

20        The Court having considered defendant California Department of Education's ("CDE")

21   Application to appear by telephone at the Scheduling Conference in this matter on December 12, 2014

22   at 10:30 a.m., and good cause appearing therefore,       all parties shall

23        IT IS HEREBY ORDERED that ~~counsel for the CDE may~~ ^ appear via telephone at the

24   Scheduling Conference on December 12, 2014.

25        IT IS SO ORDERED.

26

27   Dated: December 10, 2014

                             *Maxine M. Chesney*
                     HON. MAXINE M. CHESNEY
                     UNITED STATES DISTRICT JUDGE

28