AMY BISSON HOLLOWAY, SBN 163731
General Counsel
EDMUNDO AGUILAR, SBN 136142
Assistant General Counsel
TODD M. SMITH, SBN 170798
Assistant General Counsel
PAUL E. LACY SBN 180140
Deputy General Counsel
AVA C. YAJIMA, SBN 218008
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-319-0155
Email: placy@cde.ca.gov
Email: ayajima@cde.ca.gov
Attorneys for Defendant,
California Department of Education

DONNA BRORBY
LAW OFFICE OF DONNA BRORBY
315 Hugo Street
San Francisco, California 94122
Telephone: 415-377-8285
Facsimile: 510-841-8645
Email: lodb@earthlink.net
Attorneys for Plaintiffs

ARLENE B. MAYERSON
LARISA M. CUMMINGS
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: 510-644-2555
Facsimile: 510-841-8645
Email: lcummings@dredf.org
Attorneys for Plaintiffs

*(Defendant is Public Entity and Exempt from Filing Fees Pursuant to Gov. Code § 6103.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al.,<br><br>　　Plaintiff(s),<br><br>　　vs.<br><br>Tom Torlakson, in his official capacity as Superintendent of Public Instruction for the State of California, et al.,<br><br>　　Defendant(s). | Case No. 3:05-cv-04077-MMC<br><br>[PROPOSED] ORDER ON SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT<br><br>DATE: March 20, 2015<br>TIME: 9:00 a.m.<br>COURTROOM: 7<br>JUDGE: MAXINE M. CHESNEY |

(Dkt. No. 144)

The SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

DATED: January 5, 2015          */s/ Maxine M. Chesney*
                                          UNITED STATES DISTRICT COURT JUDGE

---

Case No. 3:05-cv-04077-MMC          1          ~~Proposed~~ Order on Supplemental
                                                                Joint Case Management Statement