AMY BISSON HOLLOWAY, SBN 163731
General Counsel
EDMUNDO AGUILAR, SBN 136142
Assistant General Counsel
TODD M. SMITH, SBN 170798
Assistant General Counsel
PAUL E. LACY, SBN 180140
Deputy General Counsel
AVA YAJIMA, SBN 218008
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-319-0155
Email: ayajima@cde.ca.gov
Attorneys for Defendant, California Department of Education

(Defendant is Public Entity and Exempt from Filing Fees Pursuant to Gov. Code § 6103.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Tom Torlakson, in his official capacity as Superintendent of Public Instruction for the State of California, et al.,<br><br>    Defendant(s). | Case No. C-05-4077 (MMC)<br><br>ORDER DIRECTING ALL PARTIES [PROPOSED] ORDER ~~GRANTING CALIFORNIA DEPARTMENT OF EDUCATION'S APPLICATION~~ TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: April 24, 2015<br>TIME: 10:30 a.m.<br>COURTROOM: 7<br>JUDGE: MAXINE M. CHESNEY |

The Court having considered the State Defendants' Application to Appear by Telephone at the Case Management Conference in this matter on April 24, 2015 10:30 a.m., and good cause appearing therefore,

IT IS HEREBY ORDERED that counsel for both the State Defendants and the Plaintiffs shall ~~may~~ appear via telephone at the Case Management Conference on April 24, 2015.

Dated: April 22, 2015

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Case No. C-05-4077 (MMC)                       1