AMY BISSON HOLLOWAY, SBN 163731
General Counsel
EDMUNDO AGUILAR, SBN 136142
Assistant General Counsel
TODD M. SMITH, SBN 170798
Assistant General Counsel
PAUL E. LACY, SBN 180140
Deputy General Counsel
AVA YAJIMA, SBN 218008
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-319-0155
Email: ayajima@cde.ca.gov
Attorneys for Defendant,
California Department of Education
*(Defendant is Public Entity and Exempt from Filing Fees Pursuant to Gov. Code § 6103.)*

DONNA BRORBY
LAW OFFICE OF DONNA BRORBY
315 Hugo Street
San Francisco, California 94122
Telephone: 415-377-8285
Facsimile: 510-841-8645
Email: lodb@earthlink.net
Attorneys for Plaintiffs

ARLENE B. MAYERSON
LARISA M. CUMMINGS
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: 510-644-2555
Facsimile: 510-841-8645
Email: lcummings@dredf.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through Erica C., her guardian, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> Tom Torlakson, in his official capacity as ) <br> Superintendent of Public Instruction for the State of ) <br> California, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. C-05-4077 (MMC) <br><br> JOINT STIPULATION RE: FINAL JUDGEMENT BY MAGISTRATE JUDGE SPERO; <br> ORDER OF REFERENCE |

Case No. C-05-4077 (MMC)

By their undersigned counsel, the parties stipulate to have this attorneys' fees matter referred to Magistrate Judge Spero for all purposes, pursuant to 28 U.S.C. § 636(c).

DATED: May 7, 2015          /s/ Donna Brorby
                            DONNA BRORBY
                            Attorneys for Plaintiffs

DATED: May 7, 2015          /s/Ava Yajima
                            AVA C. YAJIMA
                            Attorneys for Defendants, California Department of Education

IT IS SO ORDERED, and the Clerk of Court is hereby directed to reassign the above-titled matter to Magistrate Judge Joseph C. Spero for all further proceedings and entry of judgment on the issue of attorneys' fees.

DATED: May 8, 2015          _____
                            Maxine M. Chesney
                            United States District Judge