Donna Brorby (SBN 75936; lodb@earthlink.net)
Law Office of Donna Brorby
315 Hugo Street
San Francisco, California 94122
Telephone: (415) 377-8285

Arlene B. Mayerson (SBN 79310; amayerson@dredf.org)
Larisa M. Cummings (SBN 131076; lcummings@dredf.org)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA  94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K.C., by and through Erica C., her guardian, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Tom Torlakson, in his official capacity as Superintendent of Public Instruction For the State of California, *et al*.,<br><br>Defendants. | Case No. C-05-4077 (JCS)<br><br>DISMISSAL WITH PREJUDICE |

The Court has received and reviewed plaintiffs' request for dismissal.  IT IS HEREBY ORDERED that the attorneys' fees motion in this case, any and all attorneys' fees and costs claims that have been or could have been or could be made in this case and any and all claims for attorneys' fees in this case, past, present and future are hereby dismissed.  Each party is to bear its own costs.

Dated: July 1, 2015            /s/ Joseph C. Spero
                               The Honorable Joseph C. Spero

DISMISSAL WITH PREJUDICE
Case No. C-05-4077 (JCS)